**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam                Date: February 26, 2015
Court Reporter: Mary George
Probation Officer: Gary Kruck
Interpreter: Cathy Bahr


Criminal Action No.: 14-cr-00322-JLK

_Parties:_                                        _Counsel:_

UNITED STATES OF AMERICA,                         Jason St. Julien

     Plaintiff,

v.

DENIS GUSTAVO CRUZ-MAYORQUIN,                     Matthew C. Golla
     a/k/a Denis Cruz-Majorquin,
     a/k/a Martin Cruz,

     Defendant.

---

**SENTENCING MINUTES**

---

**10:02 a.m.    Court in session.**

Court calls case.  Appearances of counsel.  Defendant present in custody.

Interpreter sworn.

Preliminary remarks by the Court.

**ORDERED:   Defendant's Motion for Variant Sentence Pursuant To 18 U.S.C.§3553
(Filed 2/12/15; Doc. No. 33) is DENIED as MOOT.**

**Change of Plea Hearing:** December 12, 2014.

**Defendant plead guilty to Count One of the Indictment.**

*14-cr-00322-JLK*
*Sentencing*
*February 26, 2015*

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to **Count One** to a term of imprisonment of **20 months**.

**SUPERVISED RELEASE: None to be imposed.**

- (X)   Defendant shall cooperate in the collection of DNA as directed by the probation officer.

- (X)   Defendant, once deported, shall not return to the United States illegally.  If the defendant re-enters the United States legally, defendant shall report to the nearest United States Probation Office within 72 hours of his return.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado, to then be turned over to Immigration and Customs Enforcement.

**10:31 a.m.    Court in recess.**
Hearing concluded.
Total in-court time: 29 minutes.